**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
**F I L E D**

NOV 1 4 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 19-72-DLB-CJS

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                            **MOTION TO SEAL**

RICHARD K. GEARHART,
        aka RICHARD GIARHART, and
JENNIFER K. GEARHART                                       DEFENDANTS

\*   \*   \*   \*   \*

The United States moves to seal the Indictment and all other filings in this case

because notice to the Defendants could result in flight and/or destruction of evidence.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:    _____

Anthony J. Bracke
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 655-3200
FAX (859) 655-3212
Anthony.Bracke@usdoj.gov