Case: 2:19-cr-00072-DLB-CJS  Doc #: 2  Filed: 11/14/19  Page: 1 of 1 - Page ID#: 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**F I L E D**

**NOV 1 4 2019**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO.** *19-72-DLB-CJS*

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.    ORDER SEALING INDICTMENT AND ASSOCIATED DOCUMENTS**

**RICHARD K. GEARHART,**
    **aka RICHARD GIARHART, and**
**JENNIFER K. GEARHART**                                    **DEFENDANTS**

*    *    *    *    *

The Court ORDERS that the motion of the United States to seal is GRANTED,

and all filings in this case shall remain UNDER SEAL pending further order of the Court.

On this 14th day of November 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           Anthony J. Bracke, Assistant United States Attorney