Eastern District of Kentucky
**F I L E D**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### COVINGTON

NOV 14 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 19-72-DLB-CJS

**RICHARD K. GEARHART,**
**aka RICHARD GIARHART, and**
**JENNIFER K. GEARHART**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about August 1, 2014, and continuing through on or about July 17, 2019, in

Boone County, in the Eastern District of Kentucky, and elsewhere,

**RICHARD K. GEARHART,**
**aka RICHARD GIARHART, and**
**JENNIFER K. GEARHART**

conspired together and with others to distribute and possess with intent to distribute

controlled substances, including 3, 4-methylenedioxymethamphetamine hydrochloride

(MDMA) and marijuana, both Schedule I controlled substances, violations of 21 U.S.C.

§ 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 846
### 18 U.S.C. § 2

On or about July 16, 2019, and July 17, 2019, in Boone County, in the Eastern

District of Kentucky, and elsewhere,

**RICHARD K. GEARHART,**
**aka RICHARD GIARHART, and**
**JENNIFER K. GEARHART,**

aiding and abetting one another, attempted to knowingly and intentionally possess with

intent to distribute a mixture or substance containing a detectable amount of 3, 4-

methylenedioxymethamphetamine hydrochloride (MDMA), a Schedule I controlled

substance, all in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

## COUNT 3
### 21 U.S.C. § 841
### 18 U.S.C. § 2

On or about July 17, 2019, in Boone County, in the Eastern District of Kentucky,

**RICHARD K. GEARHART,**
**aka RICHARD GIARHART, and**
**JENNIFER K. GEARHART,**

aiding and abetting one another, knowingly and intentionally possessed with intent to

distribute a mixture or substance containing a detectable amount of 3, 4-

methylenedioxymethamphetamine hydrochloride (MDMA), a Schedule I controlled

substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4
### 18 U.S.C. § 922(g)(1)

On or about July 17, 2019, in Boone County, in the Eastern District of Kentucky,

**RICHARD K. GEARHART,**
**aka RICHARD GIARHART,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, that is, a felony, knowingly possessed the following firearms:

(1) a Walther PPQ 9 millimeter caliber handgun bearing serial number FCF2717, and (2)

a Bersa 9 millimeter caliber handgun bearing serial number F92598, and the firearms

were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

In committing the offense alleged in Count 4 of this Indictment, the below-listed

firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d).  In

committing the offenses alleged in Counts 1, 2 and 3 of this Indictment, the same being

punishable by imprisonment for more than one year, **RICHARD K. GEARHART, aka**

**RICHARD GIARHART,** and **JENNIFER K. GEARHART** used and intended to use

the below-described property to commit and to facilitate the commission of the said

controlled substance violations, and the below-described property constitutes proceeds

obtained directly and indirectly as a result of the commission of the aforesaid violations

of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following:

**FIREARMS and AMMUNITION:**

1.  Walther PPQ 9 millimeter caliber handgun bearing serial number FCF2717;
2.  Bersa 9 millimeter caliber handgun bearing serial number F92598; and
3.  Miscellaneous ammunition and accessories to the firearms seized on July 17, 2019.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **RICHARD K. GEARHART, aka RICHARD GIARHART,** and **JENNIFER K. GEARHART** have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

**A TRUE BILL**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**     **MDMA:**
Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years supervised release.

**If a prior felony drug offense**, not more than 30 years imprisonment, a fine of not more than $2,000,000, and at least 6 years supervised release.

**MARIJUANA:**
Not more than 5 years imprisonment, a fine of not more than $250,000, and at least 2 years supervised release.

**If a prior drug felony**, not more than 10 years imprisonment, a fine of not more than $500,000, and at least 4 years supervised release.

**COUNTS 2-3:**     Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years supervised release.

**If a prior felony drug offense**, not more than 30 years imprisonment, a fine of not more than $2,000,000, and at least 6 years supervised release.

**COUNT 4:**     Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.

**PLUS:**     Forfeiture of all listed property.