Eastern District of Kentucky
**F I L E D**

NOV 1 4 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

CRIMINAL ACTION NO. ___19-72-DLB-CJS___

UNITED STATES OF AMERICA                                              **PLAINTIFF**

V.                               **MOTION OF UNITED STATES
                           FOR ISSUANCE OF ARREST WARRANTS**

RICHARD K. GEARHART,
    aka RICHARD GIARHART, and
JENNIFER K. GEARHART                                                   **DEFENDANTS**

*     *     *     *     *

The United States moves for the issuance of arrest warrants for the presence of

RICHARD K. GEARHART, aka RICHARD GIARHART, and JENNIFER K.

GEARHART, returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Anthony J. Bracke
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 655-3200
FAX (859) 655-3212
Anthony.Bracke@usdoj.gov